UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19CR251-04 |
|---|---|---|
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| vs. | ) | |
| | ) | ORDER |
| TRAVON GALES, | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge George J. Limbert's Report and Recommendation that the Court ACCEPT the plea of guilty of defendant Travon Gales ("defendant") and enter a finding of guilty against defendant. (Doc. No. 327.)

On April 24, 2019, the government filed an Indictment against defendant. (Doc. No. 13.) On September 20, 2019, this Court issued an order assigning this case to Magistrate Judge Limbert for the purpose of receiving defendant's guilty plea. (Doc. No. 267.)

On October 2, 2019, a hearing was held in which defendant entered a plea of guilty to Count 1 of the Indictment, charging Travon Gales with Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl, in violation of 21 U.S.C. Section 846, 841(a)(1), (b)(1)(C); to Count 3 of the Indictment, charging Travon Gales with Possession of a Controlled Substance with the Intent to Distribute, in violation of 21 U.S.C. Section 841(a)(1), (b)(1)(C); and to Count 4 of the Indictment, charging Travon Gales with Possessing a Firearm in Furtherance of a Drug Trafficking Crime, in violation

of 18 U.S.C. Section 924(c)(1)(A)(i). Magistrate Judge Limbert received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 327.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of Counts 1, 3, and 4 in violation of 21 U.S.C. Section 846, 841(a)(1), (b)(1)(C); 21 U.S.C. Section 841(a)(1), (b)(1)(C); and 18 U.S.C. Section 924(c)(1)(A)(i). The sentencing will be held on January 28, 2020 at 10:00AM.

    **IT IS SO ORDERED**.

Dated: December 5, 2019

                                              **HONORABLE SARA LIOI**
                                              **UNITED STATES DISTRICT JUDGE**